IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| DUANE EUGENE DIXON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:14-cv-04218-NKL |
| | ) | |
| CITY OF SEDALIA, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT IN A CIVIL CASE**

\_\_\_  Jury Verdict.  This action came before the Court for a trial by jury.

X  Decision by Court.  This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order, Doc. [43] entered by the Honorable Nanette Laughrey on April 30, 2015, Defendants City of Sedalia, City of Sedalia City Council, and Gary Edwards' motion to dismiss for failure to state a claim, Doc. 25. Defendants' motion is granted.

Date: June 1, 2015                           ANN THOMPSON
                                             Clerk of Court

                                             s/ RENEA KANIES
                                             By: Renea Matthes, Courtroom Deputy